AO 442 (Rev. 11/11) Arrest Warrant

9541236

# UNITED STATES DISTRICT COURT

U.S. MARSHAL-DC PM5:07
RECEIVED JUL 21 '22

for the

District of Columbia

United States of America

v.

CARLTON JOYNER

Defendant

)
)
)
)
)
)
)

Case No. 22-CR-00252

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CARLTON JOYNER

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 28 GRAMS OR
MORE OF COCAINE BASE;
21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) - UNLAWFUL DISTRIBUTION OF COCAINE BASE;
21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iii) - UNLAWFUL DISTRIBUTION 28 GRAMS OR MORE OF COCAINE BASE;
FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. §§ 853(a) and (p); 28 U.S.C. § 2461(c)

Date:      07/21/2022

G. Michael
Harvey

*Issuing officer's signature*

City and state:      WASHINGTON, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 07-21-22 ; and the person was arrested on *(date)* 07-26-22 at *(city and state)* WASHINGTON DC . |
| Date: 07-27-22 |

*Arresting officer's signature.*

COREY WILLIAMS DEO
*Printed name and title*